**IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**               *

**VS.**                                      *    **CR. NO. 07-00180-CG**

**WILLIAM C. SELTZER,**                      *

    **Defendant.**                          *

**ORDER**

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** <u>nunc pro tunc</u> sheet 1 of the judgment which was entered on the docket in the above styled case on December 27, 2007 (Doc. 54), to read as follows:

    USM NUMBER:  28415-044

    **DONE AND ORDERED** this 29th day of March 2008.

                    /s/ Callie V. S. Granade_____
                    CHIEF UNITED STATES DISTRICT JUDGE